[No. 39667-0-II. Division Two. January 4, 2011.]

SPENCER DICK ET AL., *Appellants*, v. FRANCIS CHENETTE ET AL., *Respondents*.

 *Affirmed in part* and *reversed in part* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Taylor, J. Pro Tem.

[No. 39828-1-II. Division Two. January 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT EDWARD STERLING, *Appellant*.

 *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 39853-2-II. Division Two. January 4, 2011.]

KAHALA FRANCHISE CORP., *Plaintiff*, v. HIT ENTERPRISES, LLC, ET AL., *Defendants*.

HIT ENTERPRISES, LLC, ET AL., *Respondents*, v. DRAGON FIRE ENTERPRISES, LLC, ET AL., *Appellants*.

 *Reversed* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Armstrong, J.